**No. 67967.**—B & K Instruments, Inc. *v.* United States, protest 63/3178 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of articles the same in all material respects as those the subject of Abstract 67085, the claim of the plaintiff was sustained.

**No. 67968.**—Hirschberg-Schutz & Co., Inc. *v.* United States, protest 58/24248 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of ribbons similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiff was sustained.

**No. 67969.**—Max Mayer & Co., Inc. *v.* United States, protest 60/3037 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), and the record showing that the merchandise consists of nylon gloves and mittens similar in use to silk gloves and mittens, the claim of the plaintiff was sustained.